

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JAIME ARELLANO, | § | No. 08-18-00198-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D03106) |
|  | § | |

**O R D E R**

Pending before the Court is a motion filed by Appellant's appointed counsel, Francisco F. Macias, to withdraw as counsel. The motion to withdraw is GRANTED. The trial court is ordered to appoint new counsel to represent Appellant on appeal. The trial court shall forward its order of appointment to the District Clerk of El Paso County, Texas, on or before December 19, 2018. The Court requests that District Clerk provide this Court with a copy of the appointment order so that the Clerk of the Court can update the records for this appeal. The District Clerk shall include the order appointing counsel in the Clerk's record which is due to be filed on January 6, 2019.

IT IS SO ORDERED this 29th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.